Date: 06/24/10 Page:

DIVIDENDS REMITTED TO THE COURT

Case Number 09-31963 - GULLICKSON, JOLEEN K.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **APP** <br> 300 Third Avenue SE, Suite 405 <br> Rochester, MN 55904 <br> 3619 | 000002 | 115.80 | 4.78 |
| ---------- Remittance Total -------------- | | 115.80 | 4.78 |

CHARLES W. RIES, Trustee

RECEIVED 10 JUN 25 AM 10:58 U.S. BANKRUPTCY COURT ST. PAUL, MN