MN,ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Joleen K. Gullickson

Chapter 7 Case No. **09-31963**

Please Check One:

[X] Unclaimed Dividends

[ ] Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| ALLTEL CORPORATION<br>ATTN BANKRUPTCY DEPT 1269 B5F03-B<br>1 ALLIED DRIVE<br>LITTLE ROCK, AR 72202-9918 | 3 | $282.72 | $11.67 |
| | | | |
| | | | |
| | | | |
| | | | |

Date: September 13, 2010

Charles W. Ries, Trustee
PO Box 7
Mankato MN 56002-0007
Telephone (507) 625-6600

RECEIVED 10 SEP 20 AM 11:16 U.S. BANKRUPTCY COURT ST. PAUL, MN